

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00687-CV

Antonio E. **VALENT**,
Appellant

v.

**FIRSTMARK** Credit Union,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04512
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to his appeal because he is indigent.

SIGNED March 11, 2020.

_____
Rebeca C. Martinez, Justice